UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

SHANE LEVAKE,

                    Plaintiff,

    v.

INTERCON CONSTRUCTION, INC.,

                    Defendant.

Case No. 17-CV-666

## STIPULATION FOR DISMISSAL

It is hereby stipulated between the Plaintiff, Shane Levake, by and through his attorneys, Hawks Quindel, S.C., and Defendant, InterCon Construction, Inc., by and through its attorneys, DeWitt Ross & Stevens S.C., that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned lawsuit shall be dismissed in its entirety with prejudice, each party to bear its own costs and attorneys' fees.

Dated: February 20, 2018.

*Attorneys for the Plaintiff*

By: */s/David C. Zoeller*
**HAWKS QUINDEL, S.C.**
David C. Zoeller, State Bar No. 1052017
Email: dzoeller@hq-law.com
Caitlin M. Madden, State Bar No. 1089238
Email: cmadden@hq-law.com
409 East Main Street
Post Office Box 2155
Madison, Wisconsin 53701-2155
Telephone: (608) 257-0040
Facsimile: (608) 256-0236

*Attorneys for the Defendant*

By: */s/William E. McCardell*

**DEWITT ROSS & STEVENS S.C.**
William E. McCardell, State Bar No. 1014770
Email: wem@dewittross.com
Laura M. Davis, State Bar No. 1100008
Email: lmd@dewittross.com
Two East Mifflin Street, Suite 600
Madison, Wisconsin 53703-2865
Telephone: (608) 255-8891
Facsimile: (608) 252-9243